FIRST NATIONAL BANK OF THORNTON, Appellant, v. NICK NEVE, Appellee.

No. 40620.

MARCH 17, 1931 (235 N. W. 561)
REHEARING GRANTED SEPTEMBER 26, 1931.
APPEAL DISMISSED BY APPELLANT NOVEMBER 14, 1931,